UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:02cr257(CFD) |
| v. | : | |
| COREY JENKINS | : | May 18, 2005 |

*Granted. So ordered. [illegible]*

### MOTION FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the District of Connecticut hereby moves for the dismissal of Counts Six, Nine and Ten to the extent that they pertain to the defendant, Corey Jenkins.

Respectfully submitted

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

*/s/ Raymond F. Miller*

RAYMOND F. MILLER
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct20451
450 Main Street, Room 328
Hartford, CT  06103

### CERTIFICATION

I hereby certify that a copy of the foregoing motion was hand delivered on May 18, 2005 to M. Hatchett Norris, Esq.

*/s/ Raymond F. Miller*

RAYMOND F. MILLER
ASSISTANT UNITED STATES ATTORNEY