UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : 3:02-CR00257 (CFD) |
| COREY JENKINS a/k/a "DEP" and "DOG" | : MAY 12, 2005 |

**DEFENDANT'S SUPPLEMENTAL SENTENCING MEMORANDUM
RE: UNITED STATES V. BOOKER**

I.  **PRELIMINARY STATEMENT**:

The Defendant, **COREY JENKINS a/k/a "DEP" and "DOG"**, by counsel, hereby files this supplemental sentencing memorandum to supplement the defendant's previously filed sentencing memoranda dated April 14, 2003, July 26, 2004 and July 27, 2004.

II. **APPLICATION OF THE DECISION IN UNITED STATES V. BOOKER**:

In the decision in **United States v. Booker**, 125 S. Ct. 738 (2005), the United Supreme Court declared that the Federal Sentencing Guidelines are no longer mandatory, but advisory. This is a significant decision with respect to defendant, Corey Jenkins. On July 1, 2004, the first day of a sentencing hearing was conducted before this Court. On that date, counsel argued in support of the various requests for downward departures set forth in the sentencing memorandum dated April 14, 2003. As the U.S. Supreme Court had only decided the case of **Blakely v. Washington**, 124 S. Ct. 2531 (2004), on June 24, 2004, this matter was continued for

1

supplemental briefing as well as the determination of issues in the appeal in **United States v. Booker**. Subsequent to the decision of the Supreme Court in **United States v. Booker**, the Second Circuit Court of Appeals issued a decision in **United States v. Crosby**, 397 F. 3d 103 (2d Cir. 2005). In said decision, the Second Circuit Court of Appeals advised the District Court that sentencing judges should consider the guidelines as well as all other factors which are set forth in Title 18, United States Code §3553(a). §3553(a) requires courts to "impose a sentence sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph 2." §3553(a)(2) states that such purposes are:

(A)  To reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

(B)  To afford adequate deterrent of criminal conduct;

(C)  To protect the public from further crimes of the defendant; and

(D)  To provide the defendant with needed educational or vocational training, medical care or other correctional treatment in the most effective manner.

Sentencing courts are further directed by §3553(a) to consider (1) the nature and circumstances of the offense and the history and characteristics of the defendant; (3) the kinds of sentences available; (6) the need to avoid unwarranted sentencing disparities among defendants with similar records who have been found guilty of similar conduct; and (7) the need to provide restitution to any victims of the offense.

The defendant has previously submitted to the Court, under seal, detailed arguments in support of his various claims for downward departure from the Federal Sentencing Guidelines, which were made prior to the decision in **United States v. Booker**. Those factors, raises such arguments, which clearly fall within the scope of consideration of the history and characteristics of the defendant, as referenced in §3553(a)(1). Counsel respectfully submits that, consistent with the decisions in **United States v. Booker**, supra, and **United States v. Crosby**, supra, there is more than adequate basis for the Court to determine that a sentence substantially less than the guideline sentence, is appropriate in this case and also consistent with application of the §3553(a) factors. Accordingly, the defendant respectfully requests that the Court depart downward from the guidelines and impose a sentence of sixty (60) months in this matter.

BUTLER NORRIS & GOLD ATTORNEYS AT LAW
254 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06106-2041 • JURIS NO. 07660 • (860) 236-6951

Dated at Hartford, Connecticut on this 12th day of May, 2005.

Respectfully Submitted,

DEFENDANT,
COREY JENKINS a/k/a "DEP"
and "DOG"

By_____
M. Hatcher Norris, Esq.
BUTLER NORRIS & GOLD
254 Prospect Avenue
Hartford, CT 06106
Tel. No. (860) 236-6951
Federal Bar No. ct 00061

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed postage prepaid, via first-class mail on this 12th day of May 2004 as follows:

Raymond F. Miller, Esq.
Assistant United States Attorney
Office of the United States Attorney
141 Church Street
New Haven, CT  06510

Mr. Steven J. Lambert
United States Probation Officer
450 Main Street
Hartford, CT  06103

The Honorable Christopher F. Droney
United States District Judge
United States District Court
450 Main Street
Hartford, CT  06103
**(CHAMBERS COPY)**

**(ATTORNEY/CLIENT COMMUNICATIONS)**
Mr. Corey Jenkins
INMATE #: 202427
Connecticut Correctional Center
245 Whalley Avenue
New Haven, CT  06511

_____
M. Hatcher Norris, Esq.

Butler Norris & Gold  Attorneys at Law
254 Prospect Avenue • Hartford, Connecticut 06106-2041 • Juris No. 07660 • (860) 236-6951