UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Crim. No 3:02cr257 (CFD) |
| COREY JENKINS | : |
| | : |

## GOVERNMENT'S MOTION FOR ORDER
## TO DESTROY FIREARM

The United States, by and through its undersigned attorney, seeks an order of the Court authorizing the Federal Bureau of Investigation ("FBI") to destroy the following firearm:

Ruger P-94 9mm handgun
Serial Number 308-40762
with magazine and seven rounds of 9mm ammunition

The government submits the following in support of this motion:

1. The firearm has come into the possession of the FBI as evidence during the course of the now-resolved criminal case. The continued retention of the firearm in the New Haven Office poses an ever-increasing problem with regard to proper security for the firearm and the space available for other duties of this office.

2. The FBI's established procedure is to dispose of all unlawfully possessed firearms no longer of evidentiary value by forwarding them to the FBI Laboratory in Washington, D.C., for destruction.

Granted. So ordered.
/s/ [signature]
CFD 3/13/06

3:02CR257 end 297